AMIR NASSIHI (SBN 235936)
anassihi@shb.com
RODRIGO E. SALAS (SBN 194462)
rsalas@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

ABIGAIL HUDSON (SBN 327632)
ahudson@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE CRUZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:23-cv-00343-CDB<br><br>**DEFENDANT NISSAN NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Nissan North America, Inc. ("Nissan") certifies as follows: Nissan Motor Co., Ltd., a Japanese entity organized under the laws of Japan, is the parent company of Nissan. No publicly traded company other than Nissan Motor Co., Ltd. directly owns more than 10% of Nissan's stock.

Dated: March 30, 2023              SHOOK, HARDY & BACON L.L.P.

                                   By:   */s/ Amir Nassihi*
                                         Amir Nassihi
                                         Rodrigo E. Salas

                                         Counsel for Defendant,
                                         Nissan North America, Inc.